NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Steven Luckenbill,<br><br>                    Petitioner,<br><br>v.<br><br>Colette Peters, et al.,<br><br>                    Respondents. | No. CV23-02462-PHX-SRB (DMF)<br><br>ORDER |

Petitioner Steven Luckenbill filed his Amended Petition for Writ of Habeas Corpus on February 15, 2024. On June 12, 2024 Respondent filed his Response to Petitioner's Amended Petition for Writ of Habeas Corpus and on July 8, 2024 Petitioner filed a Reply.

The Magistrate Judge issue her Report and Recommendation on January 17, 2025 recommending that Petitioner's Amended Petition for Writ of Habeas Corpus be denied. A copy of the Report and Recommendation was mailed to Petitioner at his last known address. Petitioner's copy of the Report and Recommendation was returned by the Post Office on February 3, 2025 with the notation "Return to Sender Not Deliverable as Addressed Unable to Forward" and a written notation "Not Here." On February 18, 2025 the Court determined from the Bureau of Prisons' website that Petitioner was housed at FCI Sheridan in Sheridan, OR and directed the Clerk to mail a copy of the Report and Recommendation to the Petitioner at FCI Sheridan.  The Court also extended the deadline for Petitioner to file written objections to the Report and Recommendation to March 14, 2025.  As of the date of this Order no written objections to the Report and Recommendation have been filed.

1         The Court finds itself in agreement with the Report and Recommendation of the
2 Magistrate Judge.
3         **IT IS ORDERED** adopting the Report and Recommendation of the Magistrate
4 Judge as the order of this Court. (Doc. 31)
5         **IT IS FURTHER ORDERED** denying the Amended Petition for Writ of Habeas
6 Corpus and dismissing it with prejudice. (Doc. 5)
7         **IT IS FURTHER ORDERED** denying any Certificate of Appealability and leave
8 to proceed in forma pauperis on appeal because Petitioner has not made a substantial
9 showing of the denial of a constitutional right.
10        **IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

        Dated this 19th day of March, 2025.

_____
Susan R. Bolton
United States District Judge